DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

WHITE v. LOWERY

No. 132P87.

Case below: 84 N.C. App. 433.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 June 1987.

PETITIONS TO REHEAR

PEARSON v. MARTIN

No. 643PA86.

Case below: 319 N.C. 449.

Petition by plaintiff denied 2 June 1987.

SEIFERT v. SEIFERT

No. 553A86.

Case below: 319 N.C. 367.

Petition by defendant denied 2 June 1987.